**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DARRELL ROGERS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 4:26-cv-01139-RHH |
| | ) | |
| TERI VANDERGRIFF, | ) | |
| | ) | |
| Respondent. | ) | |

**OPINION, MEMORANDUM AND ORDER**

This matter is before the Court on self-represented Petitioner Darrell Rogers's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The petition is successive and will be summarily dismissed.

Rule 4 of the Rules Governing § 2254 Cases in the United States District Courts provides that a district court shall summarily dismiss a § 2254 petition if it plainly appears that the petitioner is not entitled to relief.

Here, Petitioner was sentenced by the state court on April 13, 2007. *See State v. Rodgers*, No. 22041-03160B (22nd Jud. Cir. Apr. 13, 2007).[1] Petitioner sought state and federal habeas relief after the conviction. This Court denied Petitioner's

[1] Petitioner's last name is spelled "Rogers" in some filings and "Rodgers" in others. He uses both spellings in the caption of his Petition.

first § 2254 motion on May 31, 2013. *See Rogers v. Norman*, No. 4:11-cv-1718-TIA (E.D. Mo. May 31, 2013). Petitioner filed a second § 2254 motion with this Court, which was denied as successive on December 17, 2019. *See Rogers v.* Lewis, No. 1:19-cv-227-ACL (E.D. Mo. Dec. 17, 2019). This decision was upheld by the Eighth Circuit Court of Appeals on March 23, 2021. *See Rogers v. Stange*, No. 21-1128 (8th Cir. 2021).

To the extent that Petitioner seeks to relitigate claims that he brought in his original petition, those claims must be denied pursuant to 28 U.S.C. § 2244(b)(1). To the extent that Petitioner seeks to bring new claims for habeas relief, Petitioner must obtain leave from the United States Court of Appeals for the Eighth Circuit before he can bring those claims in this Court. 28 U.S.C. § 2244(b)(3)(A). Petitioner has not been granted leave to file a successive habeas petition in this Court. As a result, the petition shall be dismissed.

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner's petition for writ of habeas corpus is **DISMISSED**.

Dated this 11th day of September, 2026.

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE